

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00284-CV

**TERRACON CONSULTANTS, INC.**,
Appellant

v.

**ROMA INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-14-289
Honorable Jose Luis Garza, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed:  December 28, 2016

DISMISSED

The appellant has filed a motion to dismiss this appeal for mootness.  The motion contains a certificate of service to appellee, and a certificate of conference indicating that appellee does not oppose the motion.  We therefore grant the motion and dismiss the appeal.  TEX. R. APP. P. 42.1(a), 43.2(f).  Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM